# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eugenia Wright, | No. CV-18-03552-PHX-JFM |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Pending before this Court are Plaintiff's Motion to Withdraw Complaint (Doc. 11) and the Report and Recommendation ("R&R") of United States Magistrate Judge James F. Metcalf (Doc. 12). Upon review of the R&R, the motion to withdraw, and the applicable law contained therein, this Court finds that Magistrate Judge Metcalf's recommendations are well taken and supported by a correct application of the law throughout.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Metcalf's Report and Recommendation (Doc. 12) is **ACCEPTED** and **ADOPTED** and that Plaintiff's Motion to Withdraw Complaint (Doc. 11) shall be **CONSTRUED** as a notice of voluntary dismissal without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Therefore,

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Withdraw Complaint (Doc. 11) is **denied as MOOT**.

1    **IT IS FURTHER ORDERED** that this action is **DISMISSED, without
2    prejudice**.
3    **IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this
4    action in its entirety.
5    **Dated** this 30th day of November, 2018.

_____
Honorable Stephen M. McNamee
Senior United States District Judge